IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr8-3-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JORGE ROMERO-ALARCON ) | |
| ) | |
| Petitioner. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Petitioner's Motion to Proceed In Forma Pauperis, filed 9 August 2006.

An appeal to the Fourth Circuit requires a filing and docketing fee of $455.00. Fed.R. App. Pro. 3(c). The Clerk for the Fourth Circuit directed Petitioner to file a CJA 23 Affidavit with the district court if Petitioner was unable to pay the filing fee. After reviewing the CJA 23 Financial Affidavit in support of the application to proceed In Forma Pauperis, the Court concludes that the Petitioner is unable to pay the filing fee.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Proceed In Forma Pauperis is **GRANTED**.

Signed: August 24, 2006

Richard L. Voorhees
United States District Judge